**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 115 MM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ARTHUR BURTON SCHIRMER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within five days of the date of this order.